## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOVE'S TRAVEL STOPS<br>& COUNTRY STORES, INC., )<br>)<br>)<br>Plaintiff, )<br>) Case No. 4:21-cv-00294-SRC<br>)<br>v. )<br>)<br>G4S SECURE SOLUTIONS (USA) INC., )<br>)<br>Defendant. ) | |

## MOTION TO WITHDRAW

Allison E. Lee moves to withdraw her appearance as counsel for Plaintiff Love's Travel Stops & Country Stores, Inc., as she has changed law firms.  Attorney William A. Brasher and the attorneys of Boyle Brasher LLC will remain as counsel for plaintiff.

Respectfully submitted,

/s/ Allison E. Lee
Allison E. Lee, #61626
Mullican & Hart, P.C.
15 E. Fifth Street, Suite 2200
Tulsa, OK 74103
P: (918) 794-6500
F: (918) 794-6068
alee@mullicanhart.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2021, the foregoing was filed electronically with the Clerk of Court using the Missouri e-filing system and to be served by operation of the Court's electronic filing service on all counsel of record.

/s/ Allison E. Lee